THE HONORABLE JAMES L. ROBART

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 1 3 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

04-CV-02533-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ABEBE TESEMA, an individual,

  Plaintiff,

vs.

LAKE WASHINGTON TECHNICAL COLLEGE, SUZANNE DALGARN, LESLIE STEVENSON-JOHNSON, AND CYRIL HEGEL,

  Defendants.

Case No. CV 04-2533

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

  Plaintiff Abebe Tesema, by and through his attorney, D. Douglas Titus, and Defendants Kathy Johnson and Cyril Hegel, by and through their attorneys, Geoffrey M. Boodell, Sebris Busto James, submit this Stipulation and Order of Dismissal With Prejudice to the Court.

### STIPULATION

1.  The parties stipulate that they have reached a private agreement that resolves all of the issues that could have been and/or were addressed in the Complaint.

2.  The parties further stipulate that Plaintiff Tesema's claims against Kathy Johnson and Cyril Hegel in this action shall be dismissed with prejudice, with each party bearing its own fees and costs.

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE [CV 04-2533] – 1

Sebris Busto James
14205 SE 36th Street – Suite 325
Bellevue, Washington 98006
Telephone: (425) 454-4233
Fax: (425) 453-9005

1   DATED THIS 12th day of October, 2005.

2

3   s/Geoffrey M. Boodell
    Geoffrey M. Boodell, WSBA #22200
4   Sebris Busto James
    14205 SE 36th Street, Suite 325
5   Bellevue, WA  98006
    Tel: 425-450-3387
6   Fax:  425-453-9005
    E-mail: gboodell@sebrisbusto.com
7   Attorneys for Defendants

8

9
    s/D. Douglas Titus
10  D. Douglas Titus, Esq., WSBA #26644
    Law Offices of D. Douglas Titus
11  6041 California Avenue SW
    Seattle, Washington 98136
12  Tel: (206) 935-6620
13  Fax: (206) 937-2119
    E-mail: doug@tituslaw.com
14  Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE  [CV 04-2533] – 2

SEBRIS BUSTO JAMES
14205 SE 36th Street – Suite 325
Bellevue, Washington 98006
Telephone: (425) 454-4233
Fax: (425) 453-9005

## ORDER

Based on the Stipulation above, the Court ORDERS that the claims of Plaintiff Abebe Tesema in this action are dismissed with prejudice and without costs or fees to any party.

DATED this 12th day of October, 2005.

_____
JUDGE JAMES L. ROBART

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE [CV 04-2533] – 3

SEBRIS BUSTO JAMES
14205 SE 36th Street – Suite 325
Bellevue, Washington 98006
Telephone: (425) 454-4233
Fax: (425) 453-9005